# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION
CLERK'S OFFICE U.S. DIST. COURT AT LYNCHBURG, VA FILED SEP 10 2007 C'ville JOHN F. CORCORAN, CLERK BY: /s/ DEPUTY CLERK

| | |
|---|---|
| JUDY L. LLOYD, *Plaintiff*, v. MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY *Defendant* | CIVIL NO. 3:06cv00049 ORDER JUDGE NORMAN K. MOON |

On October 23, 2006, I referred this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment and on August 15, 2007, the Magistrate Judge filed a Report and Recommendation ("Report"). In the Report, Judge Crigler recommended that I grant Plaintiff's motion for summary judgment, deny the Commissioner's motion for summary judgment, and remand the case for further proceedings. After a review of the record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the August 15, 2007 Report is hereby ADOPTED in its entirety;
2. Plaintiff's Motion for Summary Judgment is GRANTED;
3. Defendant's motion for Summary Judgment is DENIED;
4. the case is hereby REMANDED to the Commissioner for further proceedings.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: *Norman F. Moon*
United States District Judge

Date: Sept. 10, 2007